IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEELON JENKINS,** | Case No. C 05-02003 MHP |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE** |
| **v.** | |
| **MICHAEL S. EVANS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an

enlargement of time, to and including March 18, 2010, to file an answer to the petition for writ of

habeas corpus. Petitioner shall file any reply within 30 days of the date the answer is filed.

*There shall be no further continuences.*

Dated: *1-20-10*

The Honorable Marilyn Hall Patel

Order Granting Extension of Time to File Response (C 05-02003 MHP)

1