UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEELON JENKINS,                               No. C 05-2003 MHP

        Petitioner,                    **ORDER DENYING CERTIFICATE OF APPEALABILITY**

  v.

MICHAEL S. EVANS, Warden,

        Respondent.
                                                           /

On November 15, 2010, this court denied petitioner Keelon Jenkin's petition for a writ of habeas corpus under 28 U.S.C. section 2254. Petitioner now applies for a certificate of appealability ("COA") under 28 U.S.C. section 2253. Section 2253 requires a petitioner to obtain a COA from the district court prior to filing an appeal. A COA may issue when "the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The "substantial showing" may be satisfied when the petitioner demonstrates "that reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).

Petitioner seeks a certificate as to all of the issues upon which this court ruled in its denial of the writ: ineffective assistance of counsel, the adequacy of the proceedings in which petitioner sought substitution of counsel and a claim under *Batson v. Kentucky*, 476 U.S. 79, 133 (1986). This court considered the record of the state court proceedings and found that in all regards raised by petitioner the state court reasonably resolved the issues consistent with federal constitutional law

based on a reasonable determination of the facts in light of the evidence presented in the state court proceedings. Consequently, reasonable jurists would not find the court's assessment debatable or wrong.

Petitioner's request for a COA is DENIED. The Clerk shall forward the case file to the United States Court of Appeals for the Ninth Circuit.

CONCLUSION

For the foregoing reasons, petitioner's request for a certificate of appealability is DENIED.

IT IS SO ORDERED.

Dated: January 4, 2011

MARILYN HALL PATEL
United States District Court Judge
Northern District of California