UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEELON T. JENKINS,

    Plaintiff(s),

vs.

MICHAEL S. EVANS, Warden,

    Defendant(s).

No. C 05-2003 MHP

**ORDER DENYING IN FORMA PAUPERIS APPLICATION**

It has come to this court's attention that an unadjudicated application to appeal *in forma pauperis* is outstanding in this matter. This court previously denied a certificate of appealability. Therefore, the court does not deem it appropriate to grant this application. If petitioner is proceeding to obtain such a certificate from or otherwise appeal to the Ninth Circuit Court of Appeals, he may pursue this application before that court.

The application is DENIED.

IT IS SO ORDERED.

Date: September 26, 2011

MARILYN HALL PATEL
United States District Court Judge
Northern District of California