FILED

FEB 26 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **ROBERT MCDANIELS**, <br><br> Petitioner - Appellant, <br><br> v. <br><br> **RICHARD J. KIRKLAND, Warden; KRAMER, Warden**, <br><br> Respondents - Appellees. | No. 09-17339 <br><br> D.C. No. 4:05-cv-00904-PJH <br><br> **ORDER** |
| **KEELON T. JENKINS**, <br><br> Petitioner - Appellant, <br><br> v. <br><br> **MICHAEL S. EVANS**, <br><br> Respondent - Appellee. | No. 11-15030 <br><br> D.C. No. 3:05-cv-02003-MHP |

**THOMAS**, Chief Judge:

En banc oral argument will take place during the week of June 15, 2015, in San Francisco, California. The date and time will be determined by separate order.

For further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (415) 355-8026.

Within seven days from the date of this order, the parties shall forward to the Clerk of Court twenty-five additional paper copies of the original briefs and excerpts of record. The paper copies must be accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available at http://www.ca9.uscourts.gov/datastore/uploads/cmecf/Certificate-for-Brief-in-Paper-Format.pdf. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.